Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIANA LOPEZ-RODRIGUEZ,<br><br>Defendant. | No. CR19-260RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THIS MATTER having come before the Court on the stipulated motion of the parties for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(*Rosaliana Lopez-Rodriguez*; CR19-260RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

3. The Court finds that this case is complicated by (1) the fact the defendant is simultaneously being prosecuted in both State and Federal court for offenses based on related conduct; (2) the government has represented to the defense that a death resulted from one of the drug deliveries alleged to have been made by the defendant and will thus require extensive defense investigation; (3) Ms. Lopez- Rodriguez is detained in the Skagit County Jail which presents additional challenges to defense counsel's visitation with their client.

IT IS THEREFORE ORDERED that the trial date shall be continued from February 24, 2020, to July 13, 2020, and pretrial motions are to be filed no later than June 4, 2020.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 10th day of February, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Michael Filipovic*
Federal Public Defender

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorneys for Rosaliana Lopez-Rodriguez

s/ *Seungjae Lee*
s/ *Jonas Lerman*
Assistant United States Attorneys
*by email authorization*

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(*Rosaliana Lopez-Rodriguez*; CR19-260RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**