Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSALIANA LOPEZ-RODRIGUEZ, <br><br> Defendant. | No. CR19-260 RSM <br><br> ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

THIS MATTER having come before the Court on the stipulated motion of the parties for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion, the Court's General Order No. 08-20, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and ensure public safety in light of the COVID-19 pandemic, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1.  A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(*Rosaliana Lopez-Rodriguez*; CR19-260RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial and to ensure public safety in light of the COVID-19 pandemic. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from July 13, 2020 to September 28, 2020 and pretrial motions deadline from June 4, 2020 to August 28, 2020.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 9th day of June, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
MICHAEL FILIPOVIC
Federal Public Defender

s/ *Nancy Tenney*
NANCY TENNEY
Assistant Federal Public Defender
Attorneys for Rosaliana Lopez-Rodriguez

s/ *Seungjae Lee*
SEUNGJAE LEE
s/ *Jonas Lerman*
JONAS LERMAN
Assistant United States Attorneys

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DATES
(*Rosaliana Lopez-Rodriguez*; CR19-260RSM) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970