CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-260RSM |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED |
| v. | ) ) | MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO |
| ROSALIANA LOPEZ-RODRIGUEZ, | ) ) | CONFERENCING |
| Defendant. | ) ) | |

THE COURT has considered the unopposed motion to proceed with guilty plea hearing by video conferencing and the files and records herein. The Court finds that delays in the ultimate disposition of this case would result in serious harm to the interest of justice

Therefore, the Court GRANTS the motion and orders the parties to schedule a video-conferenced plea hearing.

DONE this 6th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Rosaliana Lopez-Rodriguez

ORDER GRANTING UNOPPOSED
MOTION TO PROCEED
WITH GUILTY PLEA HEARING
BY TELECONFERENCING
(*Rosaliana Lopez-Rodriguez*; CR19-260RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100