CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-260-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO |
| | ) | SEAL DOCUMENT |
| ROSALINA LOPEZ-RODRIGUEZ, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to file the sentencing memorandum and exhibits under seal pursuant to CrR 55(b) and (c). The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the sentencing memorandum and exhibits be filed under seal.

DATED this 13th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Presented by:

s/ Michael Filipovic
Federal Public Defender

s/ Nancy Tenney
Assistant Federal Public Defender
Attorney for Rosalina Lopez-Rodriguez

ORDER TO SEAL DOCUMENT
(*USA v. Lopez-Rodriguez* / CR19-260-RSM) - 1