Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROSALIANA LOPEZ-RODRIGUEZ,<br>　　　　　　　　　Defendant. | No. CR19-260 RSM<br><br>ORDER TO SEAL |

Based upon the motion of the United States and the representations made therein, it is HEREBY ORDERED that the United States' motion regarding disclosure of certain matters in this case be filed under seal.

IT IS SO ORDERED.

Dated this 3rd day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jonas Lerman*
JONAS LERMAN
Assistant United States Attorney

Order to Seal – 1
*United States v. Lopez-Rodriguez*, CR19-260 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970