CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSALIANA LOPEZ-RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) | No. CR19-260RSM <br><br> ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S MOTION RE: DISCLOSURE |

THIS MATTER has come before the undersigned on the motion of defendant, Rosaliana Lopez-Rodriguez, to file the Motion for Reconsideration of Order Granting Government's Motion Re: Disclosure under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Motion for Reconsideration under seal.

DATED this 7th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorneys for Rosaliana Lopez-Rodriguez

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S MOTION
FOR RECONSIDERATION
(*Lopez-Rodriguez*; CR19-260RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100