Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>        v.<br><br>ROSALIANA LOPEZ-RODRIGUEZ,<br>            Defendant. | No. CR19-260 RSM<br><br>ORDER |

Having considered the parties' Joint Motion for Restitution Order and Amended Judgment and the record in this case, the Court GRANTS the Joint Motion and ORDERS Defendant Rosaliana Lopez-Rodriguez to pay $6,250 in restitution to J.B., mother of minor victim B.B. An Amended Judgment will follow.

IT IS SO ORDERED.

Dated this 15th day of October, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1
*United States v. Lopez-Rodriguez*, CR19-260 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970